Lee H. Rubin (SBN 141331)
 lrubin@mayerbrown.com
Rena Chng (SBN 209665)
 rchng@mayerbrown.com
Aengus H. Carr (SBN240953)
 acarr@mayerbrown.com
Mayer Brown LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
Telephone: (650) 331-2000
Facsimile: (650) 331-2060

Attorneys for Plaintiffs
RITA BALDWIN; and J.C., by and through
his Guardian Ad Litem, RITA BALDWIN

\*\*efiled 2/25/08

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT

# SAN JOSE DIVISION

| | |
|---|---|
| RITA BALDWIN; and J.C., by and through his Guardian Ad Litem, RITA BALDWIN,<br><br>Plaintiffs,<br><br>v.<br><br>CHARLES DANGERFIELD; JASON LARA; JOHN JEFFERSON; MIKE NELSEN; and DOES 1-25, inclusive,<br><br>Defendants. | Case No. CV-06-2467 JF (HRL)<br><br>**STIPULATED REQUEST TO CONTINUE TRIAL; [PROPOSED] ORDER** |

| | |
|---|---|
| 1 | Pursuant to Local Rule 6-2, Plaintiffs Rita Baldwin and J.C. and Defendants Charles |
| 2 | Dangerfield, Jason Lara, John Jefferson, and Mike Nelsen, by and through their respective |
| 3 | counsel of record, stipulate and agree as follows: |
| 4 | WHEREAS, trial is set to begin on April 4, 2008; |
| 5 | WHEREAS, counsel for Plaintiffs has a scheduling conflict and respectfully requests that |
| 6 | the Court continue trial for a short period of time; |
| 7 | WHEREAS, counsel for Defendants does not object to this brief continuance; and |
| 8 | WHEREAS, the parties have met and conferred and agreed to continue trial for |
| 9 | approximately 30 days or as soon thereafter as is convenient for the Court. |
| 10 | THEREFORE, it is hereby stipulated and agreed by Plaintiffs and Defendants, through |
| 11 | their respective counsel of record, as follows: |
| 12 | 1) Trial to be continued with a new trial date to be chosen at the conclusion of the |
| 13 | summary judgment hearing on February 22, 2008. |
| 14 | IT IS SO STIPULATED. |

Dated: February 15, 2008                Burton, Volkmann & Schmal, LLP

                                        By:    /s/ Timothy J. Schmal\_\_\_\_\_
                                               Timothy J. Schmal

                                        Attorneys for Defendant Mike Nelson,
                                        individually and in his capacity as a police
                                        officer for the City of Morgan Hill

Dated: February 15, 2008                Deputy Attorney General
                                        Office Of The Attorney General
                                        State of California

                                        By:    /s/ Troy B. Overton_____
                                               Troy B. Overton

                                        Attorneys for Defendants Charles Dangerfield,
                                        Jason Lara and John Jefferson

| | | |
|---|---|---|
| 1 | Dated: February 15, 2008 | Mayer Brown LLP |
| 2 | | |
| 3 | | By:    /s/ Lee H. Rubin<br>         Lee H. Rubin |
| 4 | | Attorneys for Plaintiffs Rita Baldwin and J.C., by and through his Guardian Ad Litem, Rita Baldwin |

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B), Lee H. Rubin hereby attests that the signatories' concurrence in the filing of this document has been obtained.*

### [PROPOSED] ORDER

Pursuant to stipulation of the parties, trial is continued. A new trial date will be chosen at the conclusion of the summary judgment hearing on February 22, 2008.

**IT IS SO ORDERED.**

Date: 2/22/08

Honorable Jeremy Fogel
United States District Judge