\*\*E-filed 3/26/08\*\*

1  Lee H. Rubin (SBN 141331)
     lrubin@mayerbrown.com
2  Rena Chng (SBN 209665)
     rchng@mayerbrown.com
3  Aengus H. Carr (SBN240953)
     acarr@mayerbrown.com
4  Mayer Brown LLP
   Two Palo Alto Square, Suite 300
5  3000 El Camino Real
   Palo Alto, CA  94306-2112
6  Telephone: (650) 331-2000
   Facsimile:  (650) 331-2060
7
   Attorneys for Plaintiffs
8  RITA BALDWIN; and J.C., by and through
   his Guardian Ad Litem, RITA BALDWIN
9

10                **UNITED STATES DISTRICT COURT**

11                    **NORTHERN DISTRICT**

12                      **SAN JOSE DIVISION**

13

| RITA BALDWIN; and J.C., by and through his Guardian Ad Litem, RITA BALDWIN, | Case No. CV-06-2467 JF (HRL) |
|---|---|
| Plaintiffs, | **STIPULATED REQUEST TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE/ TRIAL SETTING; [PROPOSED] ORDER** |
| v. | |
| CHARLES DANGERFIELD; JASON LARA; JOHN JEFFERSON; MIKE NELSEN; and DOES 1-25, inclusive, | |
| Defendants. | |

1  Pursuant to Local Rule 6-2, Plaintiffs Rita Baldwin and J.C., by and through his guardian
2  ad litem Rita Baldwin, and Defendants Charles Dangerfield, Jason Lara, John Jefferson, and
3  Mike Nelsen, by and through their respective counsel of record, stipulate and agree as follows:
4  WHEREAS, the Court heard oral argument on the parties' cross-motions for summary
5  judgment on February 22, 2008;
6  WHEREAS, at the conclusion of the summary judgment hearing, the Court set a Further
7  Case Management Conference/Trial Setting ("Further Conference") for April 11, 2008 at 10:30
8  a.m.;
9  WHEREAS, there have been no developments in this action since the February 22, 2008
10 hearing;
11 WHEREAS, the Court has not yet ruled on the parties' cross-motions for summary
12 judgment;
13 WHEREAS, the parties have met and conferred and agree to continue the Further
14 Conference until two weeks after the Court issues its decision on the summary judgment
15 motions;
16 THEREFORE, it is hereby stipulated and agreed by Plaintiffs and Defendants, through
17 their respective counsel of record, as follows:
18 (1) That the April 11, 2008 Further Conference be continued until two weeks after the
19 Court issues its decision on the summary judgment motion; and
20 (2) Counsel for Plaintiffs will contact the Court on behalf of all the parties to confirm
21 the new date for the Further Conference.
22 IT IS SO STIPULATED.

Dated:  March 25, 2008                                  Burton, Volkmann & Schmal, LLP

                                                        By:   /s/ Timothy J. Schmal_____
                                                              Timothy J. Schmal

                                                        Attorneys for Defendant Mike Nelson,
                                                        individually and in his capacity as a police
                                                        officer for the City of Morgan Hill

| | | |
|---|---|---|
| 1 | Dated: March 25, 2008 | Deputy Attorney General |
| 2 | | Office Of The Attorney General<br>State of California |
| 3 | | |
| 4 | | By:   /s/ Troy B. Overton_____<br>          Troy B. Overton |
| 5 | | Attorneys for Defendants Charles Dangerfield, Jason Lara and John Jefferson |
| 6 | | |
| 7 | Dated: March 25, 2008 | Mayer Brown LLP |
| 8 | | |
| 9 | | By:   /s/ Aengus H. Carr_____<br>          Aengus H. Carr |
| 10 | | Attorneys for Plaintiffs Rita Baldwin and J.C., by and through his Guardian Ad Litem, Rita Baldwin |
| 11 | | |

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B), Aengus H. Carr hereby attests that the signatories' concurrence in the filing of this document has been obtained.*

## [~~PROPOSED~~] ORDER

Pursuant to stipulation of the parties, the April 11, 2008 Further Case Management Conference/Trial Setting is continued until two weeks after the Court issues its decision on the parties cross-motions for summary judgment.

**IT IS SO ORDERED.**

Date:   3/26/08

_____
Honorable Jeremy Fogel
United States District Judge

-2-
STIPULATED REQUEST TO CONTINUE FURTHER CASE MANAGEMENT CONF./TRIAL SETTING
Case No. CV-06-2467 JF (HRL)