1    Lee H. Rubin (SBN 141331)                          **E-filed 6/24/08**
       lrubin@mayerbrown.com
2    Rena Chng (SBN 209665)
       rchng@mayerbrown.com
3    Mayer Brown LLP
     Two Palo Alto Square, Suite 300
4    3000 El Camino Real
     Palo Alto, CA  94306-2112
5    Telephone: (650) 331-2000
     Facsimile:  (650) 331-2060
6
     Attorneys for Plaintiffs
7    RITA BALDWIN; and J.C., by and through
     his Guardian Ad Litem, RITA BALDWIN
8

9                    **UNITED STATES DISTRICT COURT**

10                      **NORTHERN DISTRICT**

11                     **SAN JOSE DIVISION**

12

13   RITA BALDWIN; and J.C., by and through his       Case No. CV-06-2467 JF (HRL)
     Guardian Ad Litem, RITA BALDWIN,
14                                                     **STIPULATED REQUEST TO CONTINUE
                    Plaintiffs,                        FURTHER CASE MANAGEMENT
15                                                     CONFERENCE/ TRIAL SETTING;
          v.                                           [PROPOSED] ORDER**
16
     CHARLES DANGERFIELD; JASON LARA;
17   JOHN JEFFERSON; MIKE NELSEN; and
     DOES 1-25, inclusive,
18
                    Defendants.
19

20

21

22

23

24

25

26

27

28

44047621.2

1       Pursuant to Local Rule 16-2(e), Plaintiffs Rita Baldwin and J.C., by and through his

2   guardian ad litem Rita Baldwin, and Defendants Charles Dangerfield, Jason Lara, John Jefferson,

3   and Mike Nelsen, by and through their respective counsel of record, stipulate and agree as

4   follows:

5       WHEREAS, on May 20, 2008, the Court set a Further Case Management

6   Conference/Trial Setting for June 27, 2008 at 10:30 a.m.;

7       WHEREAS, on June 12, 2008, the Court granted in part and denied in part the parties'

8   cross-motions for summary judgment;

9       WHEREAS, the parties would like additional time to engage in settlement discussions;

10  and

11      WHEREAS, the parties have met and conferred and agree to continue the Further Case

12  Management Conference/Trial Setting to July 11, 2008 at 10:30 a.m.;

13      THEREFORE, it is hereby stipulated and agreed by Plaintiffs and Defendants, through

14  their respective counsel of record, as follows:

15      (1)  That the June 27, 2008 Further Case Management Conference/Trial Setting be

16  continued to July 11, 2008; and

17      (2)  That the parties will file a Joint Case Management Statement on July 1, 2008

18  reporting on the status of their settlement discussions and proposing a schedule for the remainder

19  of the case.

20      IT IS SO STIPULATED.

21

22  Dated:  June 20, 2008                    Burton, Volkmann & Schmal, LLP

23                                    By:     /s/ Timothy J. Schmal_____

24                                          Timothy J. Schmal

25                                Attorneys for Defendant Mike Nelson,
    individually and in his capacity as a police
26                                officer for the City of Morgan Hill

27

28

1

2   Dated:  June 20, 2008                          Deputy Attorney General
                                                   Office Of The Attorney General
3                                                  State of California

4                                                  By:     /s/ Troy B. Overton_____
                                                           Troy B. Overton
5
                                                   Attorneys for Defendants Charles Dangerfield,
6                                                  Jason Lara and John Jefferson

7   Dated:  June 20, 2008                          Mayer Brown LLP

8
                                                   By:     /s/ Rena Chng_____
9                                                          Rena Chng

10                                                 Attorneys for Plaintiffs Rita Baldwin and J.C.,
                                                   by and through his Guardian Ad Litem, Rita
11                                                 Baldwin

12  *Filer's Attestation:  Pursuant to General Order No. 45, Section X(B), Rena Chng hereby attests
    that the signatories' concurrence in the filing of this document has been obtained.*

13

14                               **[PROPOSED] ORDER**

15
            Pursuant to stipulation of the parties, the June 27, 2008 Further Case Management
16
    Conference/Trial Setting is continued to July 11, 2008.
17
            **IT IS SO ORDERED.**
18

19

20  Date:  __6/24/08_____                    _____
21                                                 Honorable Jeremy Fogel
                                                   United States District Judge
22

23

24

25

26

27

28

                                                   STIPULATED REQUEST TO CONTINUE FURTHER CMC/TRIAL SETTING
                                                   Case No. CV-06-2647 JF