```
EDMUND G. BROWN JR.
   Attorney General of the State of California
PAUL T. HAMMERNESS
   Supervising Deputy Attorney General
TROY B. OVERTON (State Bar No. 171263)
   Deputy Attorney General
   455 Golden Gate Avenue, Suite 11000
   San Francisco, CA 94102-3664
   Telephone: (415) 703-5516
   Facsimile:  (415) 703-5480
```

Attorneys for Defendants Charles Dangerfield,
Jason Lara and John Jefferson

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| RITA BALDWIN, et al.,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>CHARLES DANGERFIELD, et al.,<br><br>　　　　　　Defendants. | CASE NO. C 06-02467 JF<br><br>[PROPOSED] ORDER RE: PLAINTIFFS' AMENDED MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED |

The Court, having considered the pleadings filed herein and good cause appearing therefore:

IT IS HEREBY ORDERED that Plaintiffs' Amended Administrative Motion to Consider Whether Cases Should be Related Pursuant to Civil L.R. 3-12 and to Consolidate Cases Pursuant to Fed. R. Civ. Pro. 42 is DENIED.

Dated: 8/12/08

_____
JEREMY FOGEL
United States District Judge

---

[Proposed] Order Re: Plaintiffs' Amended Motion to Consider Whether Cases Should Be Related
*Baldwin, et al. v. Dangerfield, et al.*　　　　　　　　　　　　　　　　　　Case No. C 06-02467 JF