Lee H. Rubin (SBN 141331)
  lrubin@mayerbrown.com
Rena Chng (SBN 209665)
  rchng@mayerbrown.com
Aengus H. Carr (SBN240953)
  acarr@mayerbrown.com
Jason A. Wrubleski
  jwrubleski@mayerbrown.com
Mayer Brown LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA  94306-2112
Telephone: (650) 331-2000
Facsimile:  (650) 331-2060

Attorneys for Plaintiffs
RITA BALDWIN; and J.C., by and through
his Guardian Ad Litem, RITA BALDWIN

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT

## SAN JOSE DIVISION

| | |
|---|---|
| RITA BALDWIN; and J.C., by and through his Guardian Ad Litem, RITA BALDWIN, | Case No. CV-06-2467 JF (HRL) |
| Plaintiffs, | **STIPULATED REQUEST TO VACATE TRIAL DATE AND SCHEDULE TRIAL SETTING CONFERENCE; [PROPOSED] ORDER** |
| v. | |
| CHARLES DANGERFIELD; JASON LARA; JOHN JEFFERSON; MIKE NELSEN; and DOES 1-25, inclusive, | |
| Defendants. | |

STIPULATED REQUEST TO VACATE TRIAL DATE AND SCHEDULE TRIAL SETTING CONFERENCE;
[PROPOSED] ORDER
Case No. CV-06-2467 JF (HRL)

44049423.1

1         Pursuant to Local Rule 6-2, Plaintiffs Rita Baldwin and J.C. and Defendants Charles

2    Dangerfield, Jason Lara, John Jefferson, and Mike Nelsen, by and through their respective

3    counsel of record, stipulate and agree as follows:

4         WHEREAS, trial of the above-captioned matter is currently scheduled for October 24,

5    2008;

6         WHEREAS, counsel for Plaintiffs has another trial scheduled to begin on October 20,

7    2008;

8         WHEREAS, counsel for Plaintiffs proposed continuing trial for a few weeks to

9    November 7 or 14, 2008;

10        WHEREAS, Defendants are not available for a trial in November; and

11        WHEREAS, the parties have met and conferred and hereby jointly request a trial setting

12   conference on September 19, 2008, or as soon thereafter as is convenient for the Court;

13        THEREFORE, it is hereby stipulated and agreed by Plaintiffs and Defendants, through

14   their respective counsel of record, as follows:

15        The trial date is vacated.  A new trial date will be chosen during the trial setting

16   conference on September 19, 2008, or as soon thereafter as is convenient for the Court.

17        IT IS SO STIPULATED.

18
19   Dated:  September 4, 2008               Burton, Volkmann & Schmal, LLP

20                          By:   /s/ Timothy J. Schmal_____
21                                Timothy J. Schmal

22                  Attorneys for Defendant Mike Nelson,
     individually and in his capacity as a police
23   officer for the City of Morgan Hill

24   Dated:  September 4, 2008               Deputy Attorney General
     Office Of The Attorney General
25   State of California

26                          By:   /s/ Troy B. Overton_____
27                                Troy B. Overton

28                  Attorneys for Defendants Charles Dangerfield,
     Jason Lara and John Jefferson

1

2
Dated:  September 4, 2008                              Mayer Brown LLP

3
                                                       By:     /s/ Lee H. Rubin_____
                                                               Lee H. Rubin

4

5
                                                       Attorneys for Plaintiffs Rita Baldwin and J.C.,
                                                       by and through his Guardian Ad Litem, Rita
                                                       Baldwin

6

7
*Filer's Attestation:  Pursuant to General Order No. 45, Section X(B), Rena Chng hereby attests
that the signatories' concurrence in the filing of this document has been obtained.*

8

9
                                   **[PROPOSED] ORDER**

10
        Pursuant to stipulation of the parties, the trial date is vacated.  A new trial date will be

11
chosen at the trial setting conference on ____9/19_____, 2008. at 1:30 p.m.

12
        **IT IS SO ORDERED.**

13

14

15
Date:  ____9/8/08_____              _____

16
                                           Honorable Jeremy Fogel
                                           United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATED REQUEST TO VACATE TRIAL DATE AND SCHEDULE TRIAL SETTING CONFERENCE;
[PROPOSED] ORDER
Case No. CV-06-2467 JF (HRL)