LEE H. RUBIN (SBN 141331)
lrubin@mayerbrown.com
DONALD M. FALK (SBN 150256)
dfalk@mayerbrown.com
RENA CHNG (SBN 209665)
rchng@mayerbrown.com
JASON A. WRUBLESKI (SBN 251766)
jwrubleski@mayerbrown.com
MAYER BROWN LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA  94306-2112
Telephone: (650) 331-2000
Facsimile:  (650) 331-2060

Attorneys for Plaintiffs
RITA BALDWIN and J.C., by and through his
Guardian Ad Litem, RITA BALDWIN

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT

## SAN JOSE DIVISION

| | |
|---|---|
| RITA BALDWIN and J.C., by and through is Guardian Ad Litem, RITA BALDWIN,<br><br>    Plaintiffs,<br><br>v.<br><br>CHARLES DANGERFIELD, JASON LARA, JOHN JEFFERSON, MIKE NELSEN, and DOES 1-25, inclusive,<br><br>    Defendants. | Case No. CV-06-2467 JF (HRL)<br><br>**STIPULATION RE:  PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE SURREPLY TO DEFENDANTS' MOTION *IN LIMINE* TO LIMIT DAMAGES FOR ENTRY INTO PLAINTIFFS' BACKYARD TO NOMINAL DAMAGES [L.R. 7-11]; [PROPOSED] ORDER**<br><br>Date: February 23, 2009 (Pretrial Conference)<br>Time: 11:00 a.m.<br>Ctrm: 3, 5th Floor<br>Judge: Hon. Jeremy Fogel<br><br>Trial: February 27, 2009 |

WHEREAS, at the January 16, 2009 pretrial conference, the Court directed the parties to address the general availability of attorneys' fees in this case in the Opposition to and Reply in support of Defendants' Motion *In Limine* To Limit Damages For Entry Into Plaintiffs' Backyard To Nominal Damages (the "Motion To Limit Damages"); and

WHEREAS, as a result of that briefing schedule, the issue of attorneys' fees was first addressed in Plaintiffs' Opposition to the Motion To Limit Damages; and

WHEREAS, Defendants' Reply to the Opposition to the Motion To Limit Damages included an argument in opposition to Plaintiffs' argument on the issue of attorneys' fees;

IT IS HEREBY STIPULATED, by and between the undersigned, subject to the approval of the Court, that Plaintiffs may file a surreply to Defendants' Motion To Limit Damages. The surreply is not to exceed five (5) pages and shall be filed within three (3) court days of the entry of this Order.

Dated: February 6, 2009

Mayer Brown LLP

By: _____
Jason A. Wrubleski

*Attorneys for Plaintiffs Rita Baldwin and J.C., by and through his guardian ad litem, Rita Baldwin*

Dated: February 6, 2009

Office of the Attorney General for the State of California

By: _____
Troy Overton

*Attorneys for Defendants Charles Dangerfield, Jason Lara, and John Jefferson*

### [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: February 23, 2009

_____
Hon. Jeremy Fogel